1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10  DIANA L. CATERALL,

11                     Plaintiff,

12          v.

13  MICHAEL J. ASTRUE, Commissioner of
    the Social Security Administration,

14
                       Defendant.

15

CASE NO. 12-cv-05224 JRC

ORDER GRANTING STIPULATED
MOTION FOR REMAND

16      This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local

17  Magistrate Judge Rule MJR 13. (See also Notice of Initial Assignment to a U.S. Magistrate

18  Judge and Consent Form, ECF No. 5; Consent to Proceed Before a United States Magistrate

19  Judge, ECF No. 8.) This matter is before the Court on Defendant's stipulated motion to remand

20  the matter to the Commissioner for further consideration.  (ECF No. 14.)

21      Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned

22  case be REVERSED and REMANDED for further administrative proceedings pursuant to

23  sentence four of 42 U.S.C. § 405(g).  On remand, the Administrative Law Judge (ALJ) shall re-

24

ORDER GRANTING STIPULATED MOTION
FOR REMAND - 1

1   evaluate the medical source opinions of Jordan A. Firestone, M.D., Ph.D.; Christopher Meagher,

2   Ph.D.; and Pedro Trujillo, M.D.  The ALJ also shall re-assess Plaintiff's credibility and residual

3   functional capacity.  Finally, the ALJ shall obtain supplemental evidence from a vocational

4   expert to assist in determining which, if any, occupations exist for the claimant given her age,

5   education, vocational factors, and residual functional capacity.

6         Plaintiff filed subsequent applications for Title II and Title XVI benefits on March 2,

7   2012.  On remand, the ALJ shall associate the instant claims and the subsequent claims and issue

8   a new decision on the consolidated claims.

9         This Court further orders that the ALJ take any other actions that are necessary in order to

10   develop the record properly.  In addition, Plaintiff should be allowed to submit additional

11   evidence and arguments to the ALJ on remand.

12         The parties agree that plaintiff is entitled to reasonable attorney fees pursuant to 28

13   U.S.C. § 2412(d), following proper request to this Court.

14         Given the facts and the parties' stipulation, the Court hereby ORDERS that the case be

15   **REVERSED** and **REMANDED** pursuant to sentence four of  42 U.S.C. § 405(g).

16         Dated this 18th day of June, 2012.

17

18                                          J. Richard Creatura
                                            United States Magistrate Judge
19

20

21

22

23

24

ORDER GRANTING STIPULATED MOTION
FOR REMAND - 2