|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| DIANA L. CATERALL,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>the Social Security Administration,<br><br>                Defendant. | CASE NO. 12-cv-05224 JRC<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND | |

      This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (See also Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 5; Consent to Proceed Before a United States Magistrate Judge, ECF No. 8.) This matter is before the Court on Defendant's stipulated motion to remand the matter to the Commissioner for further consideration. (ECF No. 14.)

      Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) shall re-

ORDER GRANTING STIPULATED MOTION
FOR REMAND - 1

evaluate the medical source opinions of Jordan A. Firestone, M.D., Ph.D.; Christopher Meagher, Ph.D.; and Pedro Trujillo, M.D. The ALJ also shall re-assess Plaintiff's credibility and residual functional capacity. Finally, the ALJ shall obtain supplemental evidence from a vocational expert to assist in determining which, if any, occupations exist for the claimant given her age, education, vocational factors, and residual functional capacity.

Plaintiff filed subsequent applications for Title II and Title XVI benefits on March 2, 2012. On remand, the ALJ shall associate the instant claims and the subsequent claims and issue a new decision on the consolidated claims.

This Court further orders that the ALJ take any other actions that are necessary in order to develop the record properly. In addition, Plaintiff should be allowed to submit additional evidence and arguments to the ALJ on remand.

The parties agree that plaintiff is entitled to reasonable attorney fees pursuant to 28 U.S.C. § 2412(d), following proper request to this Court.

Given the facts and the parties' stipulation, the Court hereby ORDERS that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 18th day of June, 2012.

J. Richard Creatura
United States Magistrate Judge